**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 1:19-10217** |
| **Rick Ellis** | ) | **Judge Beth A. Buchanan** |
| **Melba Ellis** | | |
| **Debtors** | ) | |

**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN**
**BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED**
**PUBLIC SALE NUNC PRO TUNC AS OF JANUARY 23, 2019 PURSUANT TO 11 U.S.C. § 327**

Please take notice that, the trustee in the above-captioned matter has filed an **APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE NUNC PRO TUNC AS OF JANUARY 23, 2019 PURSUANT TO 11 U.S.C. § 327** with this court.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the **APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE NUNC PRO TUNC AS OF JANUARY 23, 2019 PURSUANT TO 11 U.S.C. § 327** (the "Application") or if you want the Court to consider your views on the Motion, then on or before twenty-one (21) days from the date of service of this Notice, you or your attorney must:

- File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:

    U.S. Bankruptcy Court
    221 East Fourth Street, Suite 800
    Cincinnati, OH 45202

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the Trustee and to

the attorney for the Debtors at the address listed below together with all of the parties listed on the service list below at the addresses listed thereon:

>Richard D. Nelson, Trustee
>250 East Fifth Street, Suite 2350
>Cincinnati, OH 45202

If you or your attorney do not take these steps, the Court may decide that you do not

Date: June 18, 2019

/s/ Richard D. Nelson
Richard D. Nelson, Chapter 7 Trustee
250 East Fifth Street, Suite 2350
Cincinnati, OH 45202
Phone (513) 421-4020
Fax (513) 241-4495
Email: ricknelson@ctks.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE *NUNC PRO TUNC* AS OF JANUARY 23, 2019 PURSUANT TO 11 U.S.C. § 327** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on this 18th day of June, 2019, upon:

**Via Regular U.S. Mail:**

| | |
|---|---|
| Rick Ellis | Synchrony Bank |
| Melba Ellis | c/o PRA Receivables Management, LLC |
| 2752 Eastridge Drive | PO Box 41021 |
| Hamilton, OH 45011 | Norfolk, VA 23541 |
| Debtors | |

/s/Richard D. Nelson
Richard D. Nelson